UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**CODRUT RADU RADULESCU**
Codrut Radu Radulescu Attorney At Law
West Orange, New Jersey 07052
Voice 973 536 2608

| |
|---|
| Sync Labs LLC and<br>Codrut Radu Radulescu ,<br>Plaintiffs,<br><br>v.<br><br>Fusion-Manufacturing and<br>Michael Ferchak,<br>Defendants |

Hon. Madeline Cox Arleo

Civ. Action no. 11-cv-03671
(WHW)(MCA)

LETTER ABOUT LOST TABLE OF CONTENT

DOCUMENT ELECTRONICALLY
FILED

In my Opposition to Defendants' Motion to Disqualify Counsel filed yesterday May 2nd, 2012 the Table of Content and part of the Table of Authorities were inadvertently deleted during the conversion to the pdf format.

I am sending the two complete pages that should replace page ii.

I apologize for this error.

Codru Radu Radulescu, Esq                                Date : May 3rd, 2012

/s Codrut Radu Radulescu

Attorney for Plaintiffs

1