UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

CODRUT RADU RADULESCU
Codrut Radu Radulescu Attorney At Law
West Orange, New Jersey 07052
Voice 973 536 2608

| | |
|---|---|
| SYNC LABS LLC AND CODRUT RADU RADULESCU, PLAINTIFFS, V. FUSION-MANUFACTURING AND MICHAEL FERCHAK, DEFENDANTS | HON. MADELINE COX ARLEO<br><br>CIV. ACTION NO. 11-CV-03671<br><br>(WHW)(MCA)<br><br>**CERTIFICATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY ATTORNEY CODRUT RADU RADULESCU AS COUNSEL FOR PLAINTIFF SYNC LABS LLC**<br><br>DOCUMENT ELECTRONICALLY FILED |

I, Codrut Radu Radulescu, attorney at law admitted to practice in the United States District Court of the District of New Jersey, do hereby certify that the documents attached as Plaintiff Exhibits Set B and the documents included in Plaintiff Exhibits Set A which are specified in the following list are a true copy of the originals. These documents are respectfully submitted in support of the Plaintiffs' Opposition to Defendants' Motion to Disqualify Plaintiff Codrut Radu Radulescu as the attorney for co-plaintiff Sync Labs LLC, owned by the attorney Codrut Radu Radulescu.

1

# List of certified documents

## Plaintiff Exhibits Set B

**Not Reported Cases in the Plaintiffs' Brief in Opposition to Motion to Disqualify Attorney:**

    Electronic Laboratory Supply Co., Inc. v. Motorola, Inc.

    Oswell v.Stanley Dean Witter & Co., Inc

    Garza v. McKelvey

    Wellington Place Condominium Ass'n v. Carty

    BSW Development Group v.  City of Dayton

    Bailey v. Gibbons

    Advisory Comm. On Prof'l Ethics Op. *243,* 95 *N.J.L.J.* 1145 (1972)

     Advisory Comm. On Prof'l Ethics Op. *527,* 113 *N.J.L.J. 384* (1984)

**Plaintiff Exhibits Set A**
**PE1**
    **RPC 1.7**
    **RPC 1.8.**
    **RPC 3.7.**
**PE2**

    Advisory Comm. On Prof'l Ethics Op. 343, 99 N.J.L.J. 665 (1976)

**PE3**

    Advisory Comm. On Prof'l Ethics Op. 353, 99 *N.J.L.J.* 862 (1976)

**PE4**

    Advisory Comm. On Prof'l Ethics Op. 617, 122 *N.J.L.J.* 1226 (1988)

**PE5**

    Plaintiffs Email requesting opposing counsel for all discovery materials on Feb 29, 2012.

**PE6**

List of Plaintiffs Rule 26 documents and records produced in Oct 2011.

**PE7**

Funding agreement written and signed by Defendant Ferchak

**PE8**

2009 Partnership loss

**PE 9**

Partnership tax return 2010 part of form 1065

**PE 10**

Lawyers contacted by Plaintiffs for representation under contingency agreement.

Promise for $250,000 funding wrote by Defendant Ferchak, 2009.

Funding agreement for $250,000 wrote by Defendant Ferchak, 2009.

Confirmation receipt for $20,000 performed in Aug. 2010 by Defendant Ferchak.

NJ Science and Technology Commission Grant award letter (Nov, 2010)

Four year term Work Made for Hire Agreement between Plaintiff Radulescu and Defendant Ferchak.

Defendant's Ferchak letter attempting blackmail on Jan 2010.

Declaration of Plaintiff Company negative balance.

Letter written by Defendant Ferchak indicating his valuation of Plaintiff's Sync Labs LLC Units of Profit Interest.