# Codrut Radu Radulescu Attorney At Law

| | |
|---|---|
| 65 Longview St. | Phone: 973 536 2608 |
| West Orange, New Jersey 07052 | email: radu@synclabs.com |

**Honorable Madeline Cox Arleo**
M.L. King , Jr., Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07103

RE:  Sync Labs v. Fusion Manufacturing
     Civ. Action no. 11-cv-03671 (WHW)(MCA)

Dear Judge Arleo,

You Honor scheduled for June 7th at 2 PM the oral arguments concerning the motion to disqualify attorney filed by the Defendants Fusion Manufacturing and Michael Ferchak. I am respectfully requesting a projector for my visual presentation and a time slot to test the equipment with my laptop.

Respectfully submitted,
Codru Radu Radulescu, Esq                                    Date :June 5th, 2012

/s Codrut Radu Radulescu

Attorney for Plaintiffs

Cc: Christopher W. Hager ( via ECF)