**NIEDWESKE BARBER HAGER, LLC**
98 Washington Street
Morristown, NJ 07960
Phone:  (973) 401-0064
Fax:  (973) 401-0061
www.n-blaw.com
Attorneys for Defendants
Fusion-Manufacturing LLC and Michael Ferchak

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SYNC LABS LLC AND CODRUT RADU RADULESCU,<br><br>Plaintiffs,<br><br>v.<br><br>FUSION-MANUFACTURING and MICHAEL FERCHAK,<br><br>Defendants. | Civ. Action No. 11-cv-03671 (WHW)(MCA)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISQUALIFY CODRUT RADU RADULESCU, ESQ., AS THE LAWYER FOR PLAINTIFF SYNC LABS LLC.**<br><br>**DOCUMENT ELECTRONICALLY FILED** |

**THIS MATTER** having been opened to the Court by Niedweske Barber Hager, LLC, counsel for Defendants Fusion-Manufacturing and Michael Ferchak, upon Defendants' Motion for an Order disqualifying Codrut Radu Radulescu, Esq., as the lawyer for Plaintiff Sync Labs LLC, and this Court having considered all papers filed in support of and ~~any~~ in opposition to Defendants' motion,[*] and for good cause shown;

[*] and having heard the argument of the parties, and for the reasons set forth on the record on June 7, 2012,

1

IT IS on this ___7___ day of ___June___, 2012, hereby

**ORDERED** that Defendants' Motion to Disqualify Codrut Radu Radulescu, Esq., as the lawyer for Plaintiff, Sync Labs LLC is granted.

**ORDERED** that counsel shall serve a copy of the within order on all counsel of record within seven (7) days of its receipt. (*)

_____
Hon. Madeline Cox Arleo, U.S.M.J.

(*) Plaintiff Sync Labs shall retain counsel by July 6, 2012, or the Court will recommend dismissal of its Complaint. An in person status conference is scheduled for July 19, 2012 at 3:00pm.