UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**CODRUT RADU RADULESCU**
Codrut Radu Radulescu Attorney At Law
West Orange, New Jersey 07052
Voice 973 536 2608

| | |
|---|---|
| Sync Labs LLC and<br>Codrut Radu Radulescu ,<br>Plaintiffs,<br><br>v.<br><br>Fusion-Manufacturing and<br>Michael Ferchak,<br>Defendants | **Hon. Madeline Cox Arleo**<br>**Civ. Action no. 11-cv-03671**<br>**(WHW)(MCA)**<br>**DOCUMENT**<br>**ELECTRONICALLY FILED** |

NOTICE OF MOTION FOR REARGUMENT

**PLEASE TAKE NOTICE THAT** on July 16th, 2012 at 2PM , or as soon thereafter as the matter may be heard, Plaintiff Codrut Radu Radulescu will move before Hon. Madeline Cox Arleo, U.S.M.J. in the United States District Court, Martin Luther King Jr., Federal Building and U.S. Courthouse, 50 Walnut Street, Room 2060, Newark New Jersey 07102 for an Order to vacate the Order Disqualifying Codrut Radu Radulescu, Esq as Attorney for the Plaintiff Sync Labs LLC pursuant to L.R.C.P 7.1(i) and to stay the proceedings in this case until the decision is final.

In support of the motion, Plaintiff will rely on the accompanying Declaration of Codrut Radu Radulescu Esq., exhibits and legal brief.

Dated: June 22, 2012

Codrut Radu Radulescu, Esq

*/s/ Radulescu/*

DOCUMENT ELECTRONICALLY FILED