

**NIEDWESKE BARBER HAGER**
COUNSELLORS AT LAW

www.n-blaw.com

98 Washington Street
Morristown | New Jersey | 07960
973.401.0064 | 973.401.0061 fax

140 Broadway, 46th Floor
New York | New York | 10005
212.208.1496 | 212.858.7750 fax

June 25, 2012

**VIA ECF**

Honorable Madeline Cox Arleo, U.S.M.J.
M.L. King, Jr., Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:   Sync Labs, et al. v. Fusion Manufacturing, et al.
           Civil Action No. 11-cv-03671 (WHW)(MCA)

Dear Judge Arleo,

      I represent Defendants Fusion Manufacturing, LLC and Michael Ferchak in this civil action. I am in receipt of Mr. Radulescu's June 22, 2012 Notice of Motion for reconsideration (which apparently did not include a declaration) of Your Honor's June 7, 2012 Order granting Defendants' motion to disqualify Radulescu as attorney for Plaintiff Sync Labs, LLC. Mr. Radulescu's Notice of Motion also requests a stay of the Order that directed Sync Labs to retain counsel by July 6, 2012, subject to dismissal of Sync Labs' Complaint for lack of representation. Because the stay motion's July 16th return date circumvents Your Honor's direction for Sync Labs to retain counsel by a date certain – which Your Honor first directed Sync Labs to do by Letter Order dated February 9, 2012 – we object to Radulescu's request for a stay and ask that it be denied forthwith. I will file timely opposition to the reconsideration motion.

                                Respectfully submitted,
                                NIEDWESKE BARBER HAGER, LLC

                                *Chris Hager*
                                Christopher W. Hager

Cc:   Mr. Codrut Radu Radulescu (via ecf)