# Codrut Radu Radulescu Attorney At Law

65 Longview St.                                                  Phone:  973 536 2608
West Orange, New Jersey 07052                                    email: radu@synclabs.com


**Honorable  Madeline Cox Arleo**
M.L. King , Jr., Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07101


RE:    Sync Labs v. Fusion Manufacturing
       Civ. Action no. 11-cv-03671 (WHW)(MCA)


Dear Judge Arleo,

   I am respectfully asking you honor to consider the dates of my vacation between Jul 23 and Aug 22, 2012 in allowing me a reasonable time to file an eventual appeal for the order to dismiss counsel and for other litigation related events. As I will be in Europe spending time with my father I am not certain of the access to email or ECF during this time.


Respectfully submitted,
Codrut Radu Radulescu, Esq                                       Date :Jul 10th, 2012

/s Codrut Radu Radulescu

Attorney for Plaintiffs

Cc: Christopher W. Hager ( via ECF and Email)