**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-297-4903** |

July 19, 2012

<u>VIA REGULAR & CERT. MAIL, R.R.R.</u>
Codrut Radu Radulescu, Esq.
65 Longview Street
West Orange, NJ 07052

**<u>LETTER ORDER</u>**

    Re:   <u>Sync Labs LLC, et al. v. Fusion-Manufacturing, et al.</u>
              <u>Civil Action No. 11-3671 (WHW)</u>

Dear Mr. Radulescu:

    Currently before the Court is your request of July 5, 2012 to submit a Reply Brief in further support of your pending Motion for Reconsideration. Your request is denied.

    **SO ORDERED.**

                                           *s/Madeline Cox Arleo*
                                           **MADELINE COX ARLEO**
                                           **United States Magistrate Judge**

cc:   Clerk
       Hon. William H. Walls, U.S.D.J.
       Christopher W. Hager, Esq.
       File