UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SYNC LABS LLC AND CODRUT RADU RADULESCU, | : : : |
| Plaintiffs, | : **ORDER** : : No. 2:11-cv-3671 (WHW) |
| v. | : : : |
| FUSION MANUFACTURING and MICHAEL FERCHAK, | : : : |
| Defendants. | : : |

**<u>Walls, Senior District Judge</u>**

      For the reasons expressed in the accompanying opinion it is, on this 11th day of June, 2014, ordered that:

      Defendants' motion to dismiss Plaintiff Sync Labs is granted;

      Plaintiff Radulescu's cross-motion for sanctions is denied, and

      This case is otherwise referred to Magistrate Judge Waldor to schedule a Rule 16 conference as soon as is practicable and to put in place a new scheduling order providing for expedited discovery.

June 11, 2014

                                                      **/s/ William H. Walls**
                                                      United States Senior District Judge